395 A.2d 991

Midboe, Appellant, v. State Farm Mutual
Automobile Insurance Company.

Argued September 11, 1978. Thomas J. Calnan, Jr., for appellant; James J. McCabe, with him Richard F. Stevens, for appellee.

448

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.